**DENY and Opinion Filed this 30th day of May, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00606-CV

### IN RE BRYAN ROWES, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-18237**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus requesting that the Court direct the trial court to withdraw its March 25, 2014 Order Regarding Access to Any and All of Bryan Rowes' Computers, Tablets, and Cell Phones. The mandamus record does not demonstrate that the errors complained of by relator were raised in the trial court. A court cannot grant mandamus relief unless the error was raised in the trial court. A party seeking mandamus must direct the Court to where the argument was presented to the trial court. TEX. R. APP. P. 33.1(a)(1)(A); *In re Waste Mgmt. of Texas, Inc*., 392 S.W.3d 861, 877 (Tex. App.—Texarkana 2013, no pet.) (orig. proceeding). Absent a showing that the issue was presented to the trial court, it is not preserved for review. *Waste Mgmt.,* 392 S.W.3d at 877. The purpose of this rule is to ensure that the trial court has the opportunity to rule on matters for which parties later seek review in the appellate court. *Dolcefino v. Randolph,* 19 S.W.3d 906, 926 (Tex. App.—Houston [14th Dist.] 2000, pet. denied). As one court has recognized in the mandamus context, "it would be hard to conclude,

without circumstances that were highly unusual or that made a trial court's ruling void, that a trial court could abuse its discretion in making a ruling for a reason that was never presented to the court." *In re Bank of America,* No. 01–02–00867–CV, 2003 WL 22310800, at *2 (Tex. App.—Houston [1st Dist.] 2003, orig. proceeding) (mem. op.). Because, on the record before the Court, there is no indication that relator's complaints were raised in the trial court, we **DENY** the petition for writ of mandamus.

140606F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE